# Exhibit 1

# Copyright

**Registration Number / Date:**
VAU001543072 / 2024-12-23

**Type of Work:**
Visual Material

**Title:**
Dandy 1 and 3 Other Unpublished Works.

**Application Title:**
Dandy 1 and 3 Other Unpublished Works.

**Contents:**
Dandy 1.
Dandy 2.
Dandy 3.
Dandy 4.

**Date of Creation:**
2023

**Copyright Claimant:**
BlushCrunch Studio LLC. Address: 7901 4th Street N, Ste 300, St. Petersburg, FL, 33702, United States.

**Authorship on Application:**
BlushCrunch Studio LLC, Domicile: United States; employer for hire; Citizenship: United States. Authorship: Pictorial or Graphic Works.

**Description:**
Electronic file (eService)

**Copyright Note:**
Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

**Names:**

BlushCrunch Studio LLC

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_37937284

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).






# Copyright

---

**Registration Number / Date:**
VAU001543073 / 2024-12-23

**Type of Work:**
Visual Material

**Title:**
Boxten 1 and 3 Other Unpublished Works.

**Application Title:**
Boxten 1 and 3 Other Unpublished Works.

**Contents:**
Boxten 1.
Boxten 2.
Boxten 3.
Boxten 4.

**Date of Creation:**
2024

**Copyright Claimant:**
BlushCrunch Studio LLC. Address: 7901 4th Street N, Ste 300, St. Petersburg, FL, 33702.

**Authorship on Application:**
BlushCrunch Studio LLC, Domicile: United States; employer for hire; Citizenship: United States. Authorship: Pictorial or Graphic Works.

**Description:**
Electronic file (eService)

**Copyright Note:**
Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.

**Names:**
BlushCrunch Studio LLC

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_37937298

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).









# Copyright

---

**Registration Number / Date:**
VAU001543075 / 2024-12-23

**Type of Work:**
Visual Material

**Title:**
Poppy 1 and 3 Other Unpublished Works.

**Application Title:**
Poppy 1 and 3 Other Unpublished Works.

**Contents:**
Poppy 1.
Poppy 2.
Poppy 3.
Poppy 4.

**Date of Creation:**
2024

**Copyright Claimant:**
BlushCrunch Studio LLC. Address: 7901 4th Street N, Ste 300, St. Petersburg, FL, 33702, United States.

**Authorship on Application:**
BlushCrunch Studio LLC, Domicile: United States; employer for hire; Citizenship: United States. Authorship: Pictorial or Graphic Works.

**Description:**
Electronic file (eService)

**Copyright Note:**
Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

**Names:**

BlushCrunch Studio LLC

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_37937299

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).






# Copyright

**Registration Number / Date:**
VAU001543076 / 2024-12-23

**Type of Work:**
Visual Material

**Title:**
Astro 1 and 3 Other Unpublished Works.

**Application Title:**
Astro 1 and 3 Other Unpublished Works.

**Contents:**
Astro 1.
Astro 2.
Astro 3.
Astro 4.

**Date of Creation:**
2024

**Copyright Claimant:**
BlushCrunch Studio LLC. Address: 7901 4th Street N, Ste 300, St. Petersburg, FL, 33702, United States.

**Authorship on Application:**
BlushCrunch Studio LLC, Domicile: United States; employer for hire; Citizenship: United States. Authorship: Pictorial or Graphic Works.

**Description:**
Electronic file (eService)

**Copyright Note:**
Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

**Names:**

BlushCrunch Studio LLC

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_37937303

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).






# Copyright

**Registration Number / Date:**
VAU001543079 / 2024-12-23

**Type of Work:**
Visual Material

**Title:**
Pebble 1 and 3 Other Unpublished Works.

**Application Title:**
Pebble 1 and 3 Other Unpublished Works.

**Contents:**
Pebble 1.
Pebble 2.
Pebble 3.
Pebble 4.

**Date of Creation:**
2024

**Copyright Claimant:**
BlushCrunch Studio LLC. Address: 7901 4th Street N, Ste 300, St. Petersburg, FL, 33702, United States.

**Authorship on Application:**
BlushCrunch Studio LLC, Domicile: United States; employer for hire; Citizenship: United States. Authorship: Pictorial or Graphic Works.

**Description:**
Electronic file (eService)

**Copyright Note:**
Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

**Names:**

BlushCrunch Studio LLC

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_37937304

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).






# Copyright

**Registration Number / Date:**
VAU001543083 / 2024-12-23

**Type of Work:**
Visual Material

**Title:**
Shelly 1 and 3 Other Unpublished Works.

**Application Title:**
Shelly 1 and 3 Other Unpublished Works.

**Contents:**
Shelly 1.
Shelly 2.
Shelly 3.
Shelly 4.

**Date of Creation:**
2024

**Copyright Claimant:**
BlushCrunch Studio LLC. Address: 7901 4th Street N, Ste 300, St. Petersburg, FL, 33702, United States.

**Authorship on Application:**
BlushCrunch Studio LLC, Domicile: United States; employer for hire; Citizenship: United States. Authorship: Pictorial or Graphic Works.

**Description:**
Electronic file (eService)

**Copyright Note:**
Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

**Names:**

BlushCrunch Studio LLC

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_37937308

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).






# Copyright

**Registration Number / Date:**
VAU001543086 / 2024-12-23

**Type of Work:**
Visual Material

**Title:**
Sprout 1 and 3 Other Unpublished Works.

**Application Title:**
Sprout 1 and 3 Other Unpublished Works.

**Contents:**
Sprout 1.
Sprout 2.
Sprout 3.
Sprout 4.

**Date of Creation:**
2024

**Copyright Claimant:**
BlushCrunch Studio LLC. Address: 7901 4th Street N, Ste 300, St. Petersburg, FL, 33702, United States.

**Authorship on Application:**
BlushCrunch Studio LLC, Domicile: United States; employer for hire; Citizenship: United States. Authorship: Pictorial or Graphic Works.

**Description:**
Electronic file (eService)

**Copyright Note:**
Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

**Names:**

BlushCrunch Studio LLC

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_37937309

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).






# Copyright

---

**Registration Number / Date:**
VAU001543087 / 2024-12-23

**Type of Work:**
Visual Material

**Title:**
Vee 1 and 3 Other Unpublished Works.

**Application Title:**
Vee 1 and 3 Other Unpublished Works.

**Contents:**
Vee 1.
Vee 2.
Vee 3.
Vee 4.

**Date of Creation:**
2024

**Copyright Claimant:**
BlushCrunch Studio LLC. Address: 7901 4th Street N, Ste 300, St. Petersburg, FL, 33702, United States.

**Authorship on Application:**
BlushCrunch Studio LLC, Domicile: United States; employer for hire; Citizenship: United States. Authorship: Pictorial or Graphic Works.

**Description:**
Electronic file (eService)

**Copyright Note:**
Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

**Names:**

BlushCrunch Studio LLC

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_37937311

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).




